AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LARRY A. BRINSON-SCOTT

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __April 10, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __OFFICER MICHAEL KASCO__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**OFFICER MICHAEL KASCO**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                          City and State

_____      _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## **STATEMENT OF FACTS**

     On about April 10, 2008, sworn officers of the Metropolitan Police Department's First District executed a D.C. Superior Court search warrant at xxxx x xxxxxx, x.x., Apt. Xxx, Washington, D.C.  Officers knocked and announced and the door was opened by the defendant, Larry Brinson-Scott.  A search of the premises revealed 67 grams of a white powder substance and mail matter in the defendant's name in one of the bedrooms.  Recovered from the living room area was 183 grams of a white rock-like substance and 2 plates containing a white powder residue.  The white rock-like substance appeared to be crack cocaine.  A portion of the white rock-like substance field tested positive for cocaine.  Further search of the premises revealed $2,512.00 in U.S. Currency and a breathing mask in bedroom # 2, empty ziplock bags in a hall closet, empty ziplock bags in the kitchen, and photos of the defendant.  Officers placed the defendant under arrest.  The amount of the suspected crack cocaine is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.  The defendant is a leasee of the apartment along with his brother who is currently incarcerated.

                                                         _____
                                                         OFFICER MICHAEL KASCO
                                                         FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF APRIL, 2008.


                                                         _____
                                                         U.S. MAGISTRATE JUDGE