UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  08-0255M-01 (CR) |
| | : | |
| LARRY A. BRINSON-SCOTT, | : | |
| Defendant. | : | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction is being submitted to the court reporter with the Clerk of the Court.  Redactions are needed in the transcript for the Preliminary Hearing held on April 12, 2008, before United States Magistrate Judge Deborah A. Robinson.  Redactions should be made on **page 11, lines 22 and 23, and page 29, lines 2 and 14**.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney
                Bar No. 498610

BY:    _____
        WILLIAM WOODRUFF
        DC Bar # 481039
        Assistant United States Attorney
        Federal Major Crimes Section
        555 Fourth Street, N.W., Room 4840
        Washington, D.C. 20530
        (202) 307-6080

Date:  _____

## CERTIFICATE OF SERVICE

     I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pro-Typists, Inc.

_____
WILLIAM WOODRUFF
Assistant United States Attorney

Case 1:08-mj-00255-DAR   Document 4   Filed 07/23/2008   Page 2 of 2